579

479 A.2d 1127

Commonwealth v. Mihaliak, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Submitted April 30, 1984.  Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Affirmed.

479 A.2d 1128

Drelick v. SEPTA, Appellants.

Argued May 3, 1984.  Norman Hegge, Jr., for appellant;  Louis M. Paul, for appellee.

Before SPAETH, President Judge, and BROSKY and McEWEN, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Stanley M. Greenberg is affirmed.